IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RICHARD EHLER                                                                               PETITIONER
ADC #106052

v.                             Case No. 5:15-cv-00237-JTK

WENDY KELLEY, Director,                                                              RESPONDENT
Arkansas Department of Correction

## JUDGMENT

Consistent with the Order entered on this date, it is considered, ordered, and adjudged that the petition for a writ of habeas corpus is denied with prejudice.

SO ADJUDGED this 12th day of November, 2015.

_____
UNITED STATES MAGISTRATE JUDGE